UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>    Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>    Defendant. | Case No. 22-cv-08149 NC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 34 |

On July 11, 2023, the Court granted Starbucks' Motion to Dismiss significant portions of the First Amended Complaint. ECF 34. The Court granted Plaintiff Gastelum leave to file a much narrower Second Amended Complaint by July 31. Gastelum has not filed a Second Amended Complaint. Gastelum is therefore ordered to show cause in a written response filed by September 29, 2023, as to why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 19, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge