UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br>    Plaintiff,<br>v.<br>STARBUCKS CORPORATION,<br>    Defendant. | Case No. 22-cv-08149-NC<br><br>**ORDER TO SHOW CAUSE REGARDING JULY 17, 2024, MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE** |

The Court scheduled a hearing on Defendant Starbucks Corporation's motion to dismiss Plaintiff Fernando Gastelum's Third Amended Complaint for July 17, 2024, at 11:00 a.m. to be held by Zoom video conference. ECF 65, 68. The Court scheduled a case management conference for the same time. ECF 68. The Court called the matter for hearing today as scheduled. Counsel for Defendant appeared by Zoom, but Plaintiff did not appear. Due to Plaintiff's absence, the Court took Defendant's motion to dismiss under submission on the papers and will continue the case management conference to a later date.

Plaintiff is ordered to file a statement by July 24, 2024, explaining his absence from today's hearing and case management conference. Plaintiff must also address any topics regarding management of this case that he planned to raise during this morning's proceedings.

**IT IS SO ORDERED.**

Dated: July 17, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge